IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

       Plaintiff,                 1: 06 CV 1084 AWI WMW PC

       vs.                        ORDER DISMISSING ACTION

C/O BOGHOSIAN, et al.,

       Defendants.

      On June 12, 2008, an order was entered, dismissing the complaint for failure to state a claim and granting Plaintiff leave to file an amended complaint. Plaintiff failed to file an amended complaint, and on July 15, 2008, a recommendation of dismissal was entered, recommending dismissal for failure to state a claim upon which relief could be granted. On August 1, 2008, Plaintiff filed objections to the findings and recommendations.

      In his objections, Plaintiff states that he chose not to file an amended complaint in response to the June 12, 2008, order. Plaintiff's intention was to dismiss this action without prejudice. Plaintiff states that he filed two motions to voluntarily dismiss this action. There have been no motions to dismiss filed in this case. The court will, however, construe Plaintiff's objections as a motion to voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The July 15, 2008, findings and recommendations are vacated.

2. This action is dismissed without prejudice on Plaintiff's motion. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:** **August 15, 2008**         /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE